## WONG SANG v. UNITED STATES.

## WONG DEN v. SAME.

'(Circuit Court of Appeals, First Circuit. January 12, 1906.)'

Nos. 622, 623.

APPEAL AND ERROR—DISMISSAL—FAILURE TO ENTER APPEAL.

Where an appellant fails to enter the appeal and file the transcript on or before the return day of the citation, as required by rule 16 of the Circuit Court of Appeals (90 Fed. lv, 31 C. C. A. 1v), the appellee is entitled on petition to have the case docketed and dismissed, as provided by said rule.

[Ed. Note.—For cases in point, see vol. 3, Cent. Dig. Appeal and Error, § 3129.]

Appeal from the District Court of the United States for the District of Massachusetts.

These were appeals from judgments of the District Court (143 Fed. 147), denying petitions for writs of habeas corpus. Appellants having failed to enter the appeals on or before the return day of the citations, as required by rule 16 of the Circuit Court of Appeals (90 Fed. lv, 31 C. C. A. lv), on petition of the United States the cases were each docketed and dismissed.

William H. Garland, Asst. U. S. Atty.

Before COLT, PUTNAM, and LOWELL, Circuit Judges.

PER CURIAM. Docketed and dismissed.

---

## WONG SANG v. UNITED STATES. WONG DEN v. SAME. WONG CHOW, v. SAME. GOON YIN v. SAME.

(Circuit Court of Appeals, First Circuit. March 9, 1906.),

Nos. 630, 631, 632, 633.

ALIENS—EXCLUSION OF CHINESE—REVIEW OF DECISION BY COURTS.

Lee Lung v. Patterson, 186 U. S. 168, 22 Sup. Ct. 795, 46 L. Ed. 1108, held to apply to the effect that the decision of the immigration officers refusing to permit a Chinese alien to enter the United States after a hearing had in accordance with the acts of Congress cannot be reviewed by the courts in habeas corpus proceedings, although instituted by one domiciled and entitled to remain in the United States who sets up the claim that the person excluded is his minor son and invokes the jurisdiction of the court in his own right.

[Ed. Note.—For cases in point, see vol. 2, Cent. Dig. Aliens, §§ 95, 103.

Citizenship of the Chinese, see notes to Gee Fook Sing v. United States, 1 C. C. A. 212; Lee Sing Far v. United States, 35 C. C. A. 332.]

Appeals from the District Court of the United States for the District of Massachusetts.

For opinion below, see 143 Fed. 147.

Harvey H. Pratt, for appellants.

William H. Garland, Asst. U. S. Atty.

Before COLT, PUTNAM, and LOWELL, Circuit Judges.